HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE TRINIDAD LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE TRINIDAD LOPEZ,<br><br>    Defendant. | Case No.  1:02-cr-05050-AWI-5<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

Defendant, JOSE TRINIDAD LOPEZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.    On May 12, 2003, this Court sentenced Mr. Lopez to a term of 235 months imprisonment on each of Counts One and Two, to be served concurrently, for a total term of 235 months;

3.    His total offense level was 38, his criminal history category was I, and the resulting guideline range was 235 to 293 months;

4.     The sentencing range applicable to Mr. Lopez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Lopez's total offense level has been reduced from 38 to 36, and his amended guideline range is 188 to 235 months; and,

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Lopez's term of imprisonment to a total term of 188 months.

Respectfully submitted,

Dated:  September 2, 2015           Dated:   September 2, 2015
BENJAMIN B. WAGNER                  HEATHER E. WILLIAMS
United States Attorney              Federal Defender


 /s/ *Kathleen A. Servatius*         /s/ *Hannah R. Labaree*
KATHLEEN A. SERVATIUS                HANNAH R. LABAREE
Assistant U.S. Attorney              Assistant Federal Defender

Attorney for Plaintiff               Attorney for Defendant
UNITED STATES OF AMERICA             JOSE TRINIDAD LOPEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Lopez is entitled to the benefit Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 188 to 235 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2003 is reduced to a term of 188 months on each of Counts One and Two, to be served concurrently, for a total term of 188 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Lopez shall report to the United States Probation Office within seventy-two hours after his release.

The hearing on defendant's motion to reduce sentence set September 8, 2015, is vacated.

IT IS SO ORDERED.

Dated:   September 2, 2015                         _____
                                                                                SENIOR DISTRICT JUDGE