AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:02-cr-05050-AWI   Document 361   Filed 09/14/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>JOSE TRINIDAD LOPEZ | Case No.: 1:02-cr-05050-005<br>USM No.: 60654-097 |
| Date of Original Judgment: 05/12/2003<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Hannah Rose Labaree, FD (OR Pro Se)<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  235  months **is reduced to**  188 months on each of Counts One and Two, to be served concurrently for a total term of 188 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/15/2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  09/14/2015                                    /s/ ANTHONY W. ISHII
                                                                     *Judge's signature*

Effective Date:  11/01/2015                        Senior United States District Judge Anthony W. Ishii
*(if different from order date)*                              *Printed name and title*