**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:02-cr-5050-AWI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO COMPEL COUNSEL TO PRODUCE TRANSCRIPTS** |
| v. | |
| JOSE TRINIDAD LOPEZ, | (Doc. 255) |
| Defendant. | |

Defendant Jose Trinidad Lopez has filed a motion to compel defense counsel to provide the Defendant with a copy of trial transcripts to aid him in filing a motion to vacate pursuant to 28 U.S.C. § 2255. Doc. 255. Defense counsel responded by indicating that the entirety of Defendant's file had been transferred to Defendant. Doc. 256. Even assuming that the file transferred to Defendant did not contain a copy of the transcript of his trial, Defendant has already filed a motion to vacate pursuant to 28 U.S.C. § 2255 that was denied by this Court. Doc. 285. Defendant's need for the requested transcripts no longer exists. Accordingly, Defendant's motion to compel the production of those transcripts is DENIED.

IT IS SO ORDERED.

Dated:   December 23, 2015                    _____
                                                                    SENIOR DISTRICT JUDGE

1